# EXHIBIT 2

Case 3:23-cv-00564-TJC-MCR    Document 1-2    Filed 05/11/23    Page 2 of 31 PageID 26

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>ST. JOHNS</u>   COUNTY, FLORIDA

<u>GINA VERDEZA Individually and as the Personal Rep</u>
Plaintiff

Case # <u>CA23-1180</u>

Judge _____

vs.

<u>Tesla Motors Inc, Tesla Motors FL Inc</u>
Defendant

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.    **TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
        ☐ Business governance
        ☐ Business torts
        ☐ Environmental/Toxic tort
        ☐ Third party indemnification
        ☐ Construction defect
        ☐ Mass tort
        ☐ Negligent security
        ☐ Nursing home negligence
        ☐ Premises liability—commercial
        ☐ Premises liability—residential
☒ Products liability
☐ Real Property/Mortgage foreclosure
        ☐ Commercial foreclosure
        ☐ Homestead residential foreclosure
        ☐ Non-homestead residential foreclosure
        ☐ Other real property actions

☐ Professional malpractice
        ☐ Malpractice—business
        ☐ Malpractice—medical
        ☐ Malpractice—other professional
☐ Other
        ☐ Antitrust/Trade regulation
        ☐ Business transactions
        ☐ Constitutional challenge—statute or ordinance
        ☐ Constitutional challenge—proposed amendment
        ☐ Corporate trusts
        ☐ Discrimination—employment or other
        ☐ Insurance claims
        ☐ Intellectual property
        ☐ Libel/Slander
        ☐ Shareholder derivative action
        ☐ Securities litigation
        ☐ Trade secrets
        ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [　]
(Specify)

  6

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Steven E. Nauman         Fla. Bar # 106126
      Attorney or party                (Bar # if attorney)

Steven E. Nauman               03/24/2023
  (type or print name)             Date

Case Number: CA23-1180

IN THE CIRCUIT/COUNTY COURT OF FLORIDA, SEVENTH JUDICIAL CIRCUIT,
IN AND FOR ST. JOHNS COUNTY, FLORIDA

## CASE MANAGEMENT ORDER

**IMPORTANT- This Order contains important deadlines that must be complied with or sanctions may result.**

In accordance with Florida Supreme Court Administrative Order AOSC 20-23, Amendment 12 and Seventh Circuit Administrative Order CV-21-23-SC, the following Case Management Order is issued. This Order shall remain in effect until and unless a trial order or a subsequent case management order is issued.

**A.    CASE DESIGNATION**

All civil cases are designated as follows, in accordance with Florida Supreme Court Administrative Order AOSC 20-23, Amendment 12. All civil cases in which a trial by jury is demanded shall be deemed "General" civil cases. Any case designated as "Complex" as set forth in Rule 1.201, Fla. R. Civ. P., shall be exempted from the requirements of this Order and shall follow the procedures outlined therein. All other civil cases shall be deemed "Streamlined" civil cases. Parties may move the court for redesignation.

**B.    PROJECTED TRIAL DATE**

For all cases classified as General civil cases the projected trial date will be 18 months from case filing, or 12 months from the date of this Order, whichever date is later. For all cases classified as Streamlined civil cases, the projected trial date will be 12 months from case filing, or 6 months from the date of this Order, whichever date is later. The parties are expected to be ready to try this case by this deadline, unless good cause is demonstrated.

**C.    SERVICE OF PROCESS**

Plaintiff(s) shall serve each defendant with process no later than 120 days from case filing or 60 days from the date this Order is issued, whichever date is later. All motions for extension of time to complete service of process shall be filed no later than 10 days prior to expiration of the initial 120-day period. In its discretion, the presiding judge may grant Plaintiff(s) an additional 90 days to serve any remaining defendant(s). After the expiration of the time for service, including any extensions, any unserved defendant(s) shall be dropped from the action, or the case shall be dismissed without prejudice, as appropriate.

**D.    ADDING NEW PARTIES**

The deadline for adding new parties to an action is 90 days after the completion of service of process on the initial defendants or 60 days from the date this Order is issued, whichever date is later, absent a showing of good cause.

### E.    OBJECTIONS TO PLEADINGS

All objections to pleadings shall be filed no later than 20 days from the date the pleading(s) is served upon the objecting party.  Objections to pleadings shall be timely called up for hearing.  Any objections not timely scheduled for hearing may be deemed waived or abandoned.

### F.    COMPLETION OF DISCOVERY

All discovery shall be completed according to the following schedule:

| Action or Event | General | Streamlined |
|---|---|---|
| Disclosure of expert witnesses | 75 days before docket sounding for parties seeking affirmative relief; 60 days before docket sounding for parties not seeking affirmative relief | 75 days before docket sounding for parties seeking affirmative relief; 60 days before docket sounding for parties not seeking affirmative relief |
| Disclosure of fact witnesses | 60 days before docket sounding | 60 days before docket sounding |
| Service of written discovery requests | 45 days before docket sounding | 45 days before docket sounding |
| All other discovery to be completed | 10 days before docket sounding | 10 days before docket sounding |

### G.    PRETRIAL MOTIONS

All pretrial motions shall be filed no later than 30 days prior to the trial date, absent a showing of good cause.  Pretrial motions filed within 30 days of trial will not be considered if predicated on matters the movant knew or should have known with the exercise of reasonable diligence at least thirty (30) days prior to the trial date.  Because of busy court calendars, hearing time may not be available to consider motions filed close to the deadline.  The inability of a party to obtain hearing time will generally not constitute grounds for a continuance of the trial.

### H.    MEDIATION

All cases shall participate in mediation, unless excused by the Court, or excluded pursuant to Rule 1.710(b), Fla. R. Civ. P.  Mediation shall be completed prior to docket sounding.

### I.    SERVICE OF THIS ORDER

Plaintiff shall serve a copy of the case management order upon all other parties and file a notice of service with the Clerk no later than thirty (30) days from the receipt of this Order.

**J.**    **<u>SANCTIONS</u>**

Failure to comply with the terms of this Order may result in sanctions against the offending party.

Done and Ordered in St. Johns County, Florida.


/s/ Howard M. Maltz                              /s/ Kenneth J. Janesk, II
_____                          _____
Howard M. Maltz                                  Kenneth J. Janesk, II
Circuit Judge                                    Circuit Judge


/s/ Casey L. Woolsey                             /s/ Alexander R. Christine, Jr.
_____                          _____
Casey L. Woolsey                                 Alexander R. Christine, Jr.
County Judge                                     County Judge

CA23-1180

**IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT,
IN AND FOR ST. JOHNS COUNTY, FLORIDA**

**AMENDED STANDING ORDER FOR CIVIL CASES IN DIVISION 55[1]**

The following procedures apply to all civil cases pending in Division 55. These procedures are designed to assist the parties in having their cases handled as efficiently as possible. If you have questions regarding the requirements set forth herein, please contact the judicial assistant for the division at smiller@circuit7.org or (904) 827-5600.

1.     **Orders on Unopposed Matters**:  Orders on consented matters which do not need a hearing may be forwarded to the Judge. The motion and order must specify that the relief sought has been agreed to by all parties. The order must be submitted electronically utilizing the procedures set forth below.

2.     **Orders on Ex Parte Motions**:  The Court will consider the following *ex parte* motions:

A.     *Motions to Cancel Foreclosure Sales:*  The Court will consider motions to cancel or reschedule foreclosure sales on an *ex parte* basis, only if the following requirements are met: (a) the written motion is received by the Court no less than five (5) business days before the scheduled sale date and served on all parties; (b) the motion must contain specific facts setting forth the reasons for the postponement; (c) the motion must have supporting documentation attached (e.g. short sale contract, loan modification information, etc.); (d) the motion must specify all efforts to contact all other parties and any agreement or objection to the relief sought. Motions will not be granted as a matter of right and will only be granted on a limited basis upon the Court's determination of good cause.

B.     *Motions to Withdraw by Counsel:*  Counsel may seek withdrawal from representation upon filing of an appropriate motion. Notice must be provided to all parties and their client. The motion must set forth the reasons for withdrawal and the client's last known address.  ***If the client does not consent to the withdrawal in writing, a hearing will need to be scheduled.***

C.     *Motions to Substitute Counsel:*  Motions to substitute counsel must comply with Fla. R. Gen. Prac. & Jud. Adm. 2.505 *and contain the client's written consent.*

3.     **Motions to Compel Discovery**:

A.     All motions to compel discovery must contain the certification required in Fla. R. Civ. P. 1.380(a)(2). Motions lacking the requisite certification will be denied.

B.     Unless there has been a complete failure to respond or object to written discovery requests, motions to compel discovery need to include quotation, in full, of each interrogatory,

---

[1]  Amended as it pertains to the use of audio-video communication technology.

deposition question, request for admission, or request for production to which the motion is addressed; followed by quotation, in full, of the answer or response which is asserted to be insufficient, or the objection and grounds stated by the opposing party.

*C.*    Discovery disputes called up for a hearing the Court determines to not be meritorious, failure to respond to discovery, or objections to discovery that have no legitimate basis will result in sanctions.

**4.    Hearings:**

*A.*    All hearings need to be scheduled through the Benchmark internet scheduling system. Instructions for using Benchmark can be found on the Judge's webpage at www.circuit7.org. **Hearings may not be scheduled on the Court's calendar less than 10 days before the scheduled hearing date without the Court's consent.**

*B.*    No hearing shall be scheduled on motions that have not yet been filed. Hearings scheduled on unfiled motions will be stricken. A Notice of Hearing must be filed ***immediately*** upon securing the hearing time. If a hearing is being cancelled, the party who scheduled the hearing must ***immediately*** notify the Court.

*C.*    Uncontested matters may be scheduled on the Court's Uniform Motion Calendar. For dates and instructions please visit the Judge's webpage. Contested matters, or matters that require the taking of testimony, shall not be set on the Uniform Motion Calendar.

*D.*    ***No hearing may be scheduled for longer than one hour on Benchmark.*** Multiple motions for the same case may not be scheduled at non-sequential times throughout the same day. Any hearing requiring more than one hour needs to be scheduled through the judicial assistant. If a hearing is scheduled for more than one hour without prior authorization from the Court, the hearing will be stricken.

*E.*    Counsel must assure that enough time is reserved to allow for arguments by all parties. All parties will receive equal time during hearings. Hearings scheduled with insufficient time to hear all parties' arguments will be stricken and continued until sufficient time is available.

*F.*    Other parties in a case are not permitted to notice a hearing on a different motion at the same time as the scheduled hearing without the consent of the party that reserved the time. Hearings set in such a manner will be stricken.

*G.*    If parties desire to submit legal memoranda on issues to be presented at a hearing they need to be filed, with a chambers copy delivered to the Judge, no later than ten (10) business days before the hearing. Untimely submissions will not be considered.

*H.*    Chambers copies of all motions (including attachments), and court filings addressing motions to be heard, ***exceeding fifteen (15) pages must be received by the Court in the Judge's chambers, in hardcopy,*** no later than ten (10) business days before the scheduled hearing.

*I.*      All motions, except dispositive motions and motions to dismiss, ***must*** contain a certification that counsel for the movant has conferred with opposing counsel in a good faith effort to resolve the issues in the motion.  Motions that fail to contain such a certification may be summarily denied.

*J.*      If a hearing is cancelled, a Notice of Cancellation must be filed ***and*** the judicial assistant must be ***immediately*** notified of the cancellation so the time may be made available for litigants in other cases. Only the party that scheduled a hearing may cancel that hearing.

*K.*      Parties arranging a court reporter for attendance at a hearing must assure the court reporter meets the requirements set forth in Seventh Judicial Circuit Administrative Order 2014-023.  Court reporters not satisfying these requirements will not be permitted to report the proceedings but the hearing will proceed as scheduled.

*L.*      Emergency hearings must be requested in writing, setting forth the reasons why the matter is considered an "emergency."  The request must be delivered to the Judge's chambers.  Matters referred to as an "emergency" that do not constitute a true emergency, will be summarily denied.  Generally, emergencies exist where persons or property face the threat of imminent harm without court intervention.  Hearings scheduled on emergency motions must be attended in-person by all counsel and necessary witnesses, unless the Court permits otherwise.

*M.*      All hearings scheduled for one hour or longer or that are evidentiary must be attended in-person.  Non-evidentiary hearings scheduled for less that one hour may be attended using audio-video communication technology, as defined in Rule 2.530(a)(2), Fla. R. Gen. Prac. & Jud. Adm., or may be attended in-person.  Parties and/or counsel planning to attend a non-evidentiary hearing scheduled for less than one hour via audio-video communication technology must notify the Court prior to the hearing of their intention to do so, and must adhere to the Court's procedures for appearing in such a manner.  Court reporters shall not appear remotely for in-person hearings.

*N.*      Audio-video communication technology is conducted using the Zoom platform. Zoom is accessible via the Court's Zoom meeting number 328 827 5617, no password is required. The following shall be strictly adhered to during authorized appearances made over Zoom:

i.      Hearings conducted on Zoom are official court proceedings, and proper courtroom decorum must be followed, ***including appropriate attire***.

ii.      Unauthorized recording of Zoom proceedings is not permitted.

iii.      If a court reporter is present they must meet the requirements in Seventh Judicial Circuit Administrative Order 2014-023.

iv.      Participants shall not move their device around during the Zoom proceedings.

v.      Participants shall limit distractions during the hearing.  Find a quiet place to participate in the hearing.

vi.      Participants should make sure that others using their Wi-Fi network minimize their usage in order to have the best possible connection.

vii.      All participants shall assure, that they are ***properly identified by name***. Zoom identifiers such as "iPhone" are insufficient.

viii.    Participants who interrupt the proceedings, or create a distraction, will be disconnected.

O.    All notices of hearing must identify the specific hearing room or courtroom where the hearing will take place and shall not indicate the hearing is a remote hearing.  For non-evidentiary hearings scheduled for less than one hour, the notice shall additionally specify "parties and/or counsel may appear by Zoom in lieu of in-person appearance and must strictly adhere to the Zoom attendance guidelines specified in the Court's Standing Order found on the Court's website."

P.    Failure to comply with the hearing requirements herein may result in the striking of a hearing from the Court's schedule.

### 5.    Submission of Proposed Orders:

A.    All proposed orders must be sent to the Court electronically by email at division55@circuit7.org.  The subject line of the email must state only "Proposed Order."  The proposed order must be an attachment to the email in Microsoft Word format.  Proposed orders shall not be filed thru the e-portal.

B.    Executed orders will be served upon counsel of record in the case at their designated email addresses; thus, it is imperative all counsel keep their email addresses up to date.  Unrepresented parties who have designated an email address will receive the executed orders at their email address.  Unrepresented parties who have been excused from designating an email address will receive orders through the mail.

C.    Proposed orders following a hearing at which the Judge announced a ruling and directed a party to submit a proposed order reflecting that ruling must be presented to opposing counsel prior to submission to the Court.  The email to the Court with the attached proposed order must indicate whether the proposed order had been shown to opposing counsel for review and whether opposing counsel agrees to its content.

D.    Proposed orders following a hearing at which the judge did not announce a ruling shall only be submitted if the Court requested the parties to do so.

### 6.    Setting Cases for Trial:    Parties seeking to set a case for trial do not need to schedule a hearing with the Court but should file a Notice of Trial that complies with Fla. R. Civ. P. 1.440(b).  A copy of the Notice must be sent to the Judge's chambers.  If a specific trial term is agreed to by the parties, the Notice should so specify; however, due to the Court's busy trial calendar the request may not be honored.  The Notice of Trial must specify whether the trial is by jury or non-jury, and the expected length of the trial.  A party opposing setting a case for trial after a Notice is filed must immediately file an objection.  A copy of the objection must be sent to the Judge's chambers.  Parties shall carefully read the Court's Order Setting Case for Trial to comply with the requirements and deadlines therein.

### 7.    Motions for Summary Judgment: Motions for Summary Judgment, and responses thereto, shall strictly adhere to the time requirements in Fla. R. Civ. P. 1.510.  Motions and/or responses that do not adhere to the time specifications will not be considered. Replies by

movants to a non-movant's response in opposition to a motion for summary judgment are not permitted absent an Order from the Court. Replies filed without Court authorization will not be considered.

**8.** **Motions to Continue Trials**:  A motion to continue must comply with the requirements in Rule 1.480, Fla. R. Civ. P. and Rule 2.545(e), Fla. R. Gen. Prac. & Jud. Admin. No continuance is granted as a matter of right and the parties should not assume that a continuance will be granted, even if all parties consent.

**9.** **Settlements:**  If a case set for trial settles, counsel must notify the judicial assistant.

**10.** **Witness Testimony by Audio-Video Communication Technology:**  All witness testimony at hearings or trial shall be in-person unless otherwise authorized by Court order.  If a party seeks to have a witness testify via audio-video communication technology, a motion must be filed with the Court at least fifteen (15) calendar days before the scheduled hearing or trial. The motion must contain a certification that counsel for the movant has consulted with the opposing party and state the opposing party's position.  A courtesy copy of the motion shall be delivered to the Court.  A party opposing a witness appearing via audio-video communication technology shall file a written objection no later than ten (10) calendar days before the scheduled hearing or trial.  A courtesy copy of the objection shall be delivered to the Court.  Failure to timely object will be considered a waiver of any objection to the witness appearing in such a manner, absent a showing of good cause.

Parties calling a witness to testify via audio-video communications technology shall assure the witness is provided a copy of the Court's procedures governing Zoom appearances.

Witnesses appearing to testify via audio-video communication technology shall be placed under oath as follows:

      *A.*     by a person authorized to administer oaths who is physically present with the witness; or

      *B.*     by a person authorized to administer oaths who is not present with the witness via audio-video communication technology.  If the witness is not located in Florida they must consent to being bound by an oath administered  pursuant to Florida law.

**11.** **Trials:**  The following procedures are for jury trials before the Court.  These procedures supplement the requirements set forth in the Order setting case for trial.

      *A.*     Counsel shall stand when court is opened, recessed, or adjourned, the jury enters or retires from the courtroom, addressing or being addressed by the Court, examining witnesses, or making objections.

      *B.*     All objections and remarks shall be directed to the Court, and not to opposing counsel.  Disparaging personal remarks or acrimony toward opposing counsel will not be tolerated.  Refer to all persons (including

witnesses, other counsel, and parties) by their surnames, not by their first names.  Exceptions may be made in the case of children.

C.    Counsel shall stand when making objections, and state the legal grounds for the objections, withholding further comment or argument unless requested by the Court.  Speaking objections (other than legal basis) are not permitted.  The proponent of the question should not make argument as to the objection unless the Court requests a response.

D.    Any paper or other tangible object not yet received into evidence shall be marked for identification by the clerk and shown to opposing counsel before it is tendered to a witness.

E.    All exhibits must be pre-marked for identification by the clerk **_before trial_**. Exhibits marked for identification shall be identified by letter.

F.    One attorney for each party shall examine or cross-examine any one witness.  The attorney who examines or cross-examines shall make any objections.

G.    Offers or requests for stipulations must be made outside the presence of the jury.  Suggestions of counsel relating to the comfort or convenience of jurors must be made outside the presence of the jury.  Generally, motions shall be made outside the jury's presence.

H.    Do not ask the Court to declare a witness to be an expert, or "tender" a witness as an expert.

I.    Motions in limine on anticipated evidentiary issues are advised. Boilerplate motions in limine are strongly discouraged.  *See State Farm Mut. Auto. Ins. Co. v. Davis,* 336 So.3d 392, 397 n.5 (Fla. 5th DCA 2022). Motions in limine must be filed no later than the deadline specified in the trial order.  Counsel shall advise the Court on any pending motions in limine at the pretrial conference.  The movant shall schedule a hearing on the motions in limine prior to the trial date.  Motions filed after the deadline on matters known or that should have been known by counsel will be deemed waived.

J.    Counsel for the Plaintiff shall bring one ream of letter size (8x11) paper on the first day of trial and hand it to the clerk.  This paper will be used to prepare jury instructions and verdict forms.

K.    Counsel for the Defendant shall bring enough standard letter size (8x11) pads, envelopes to hold the pads, and pens, for each of the jurors, including the alternate juror(s), to be used for juror note taking.

L.    Prior to jury selection, counsel for all parties shall confer and generate one set of jury instructions for use at the charge conference.  Instructions that

are agreed to shall be so designated; instructions not agreed to should be labeled as the Plaintiff's or Defendant's requested instructions. Citations to the source of the instructions should be noted therein. Plaintiff's counsel will be responsible for creating the master set of proposed instructions. This master set of instructions should be given to the Court on paper and on electronic media (e.g. flash drive, etc.) in Microsoft Word format. Proposed verdict forms should be submitted the same way.

*M.*    Counsel shall be prepared to try their cases anytime during the scheduled trial term.

*N.*    Please refer to the trial order for additional requirements and deadlines.


DONE AND ORDERED in St. Augustine, St. Johns County, Florida.


*/s/ Howard M. Maltz*
Circuit Judge


*Revised August 2022*

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR ST. JOHNS COUNTY, FLORIDA

GINA VERDEZA, Individually and as
the Personal Representative of the Estate of
Jonathan Carvajal, Deceased,

                                               Case No.: CA23-1180

    Plaintiff,

v.

TESLA MOTORS, INC. and
TESLA MOTORS FL, INC.,

    Defendants.

---

### SUMMONS

---

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in the above-styled cause upon the Defendant:

**TESLA MOTORS, INC.**
**CT Corporation System (Registered Agent)**
**28 Liberty Street**
**New York, NY 10005**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **Steven E. Nauman, Esq., Morgan & Morgan, P.A.**, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance.**

**To request such an accommodation, please contact Court Administration in advance of the date the service is needed:**

**Court Administration**
**101 N. Alabama Ave., Ste. B-206**
**DeLand, FL 32724**
**(386) 257-6096**

**Hearing or voice impaired, please call 711.**

WITNESS my hand and the seal of this Court on this the <u>30</u> day of <u>March</u>, <u>2023</u>.

Brandon J. Patty
Clerk of the Circuit Court



By _____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez

3

pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**20 NORTH ORANGE AVENUE**
**SUITE 1600**
**ORLANDO, FLORIDA 32801**

# IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR ST. JOHNS COUNTY, FLORIDA

GINA VERDEZA, Individually and as
the Personal Representative of the Estate of
Jonathan Carvajal, Deceased,

                                                 Case No.: CA23-1180

      Plaintiff,

v.

TESLA MOTORS, INC. and
TESLA MOTORS FL, INC.,

      Defendants.

---

## SUMMONS

---

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in the above-styled cause upon the Defendant:

**TESLA MOTORS FL, INC.**
**CT Corporation System (Registered Agent)**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

      Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **Steven E. Nauman, Esq., Morgan & Morgan, P.A.**, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance.**

**To request such an accommodation, please contact Court Administration in advance of the date the service is needed:**

**Court Administration**
**101 N. Alabama Ave., Ste. B-206**
**DeLand, FL 32724**
**(386) 257-6096**

**Hearing or voice impaired, please call 711.**

WITNESS my hand and the seal of this Court on this the ___30___ day of ___March___, _2023_.

Brandon J. Patty
Clerk of the Circuit Court

By _____
As Deputy Clerk

2

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez

3

pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**20 NORTH ORANGE AVENUE**
**SUITE 1600**
**ORLANDO, FLORIDA 32801**

4

## St. Johns County Receipt of Transaction
## Receipt # 2023015103

Brandon J. Patty
Clerk of the Circuit Court and Comptroller
St. Johns County, Florida

NAUMAN, STEVEN E
20 N ORANGE AVE
SUITE 1600
ORLANDO, FL  32801

Cashiered by:  jreardon
On: 04/03/2023   9:45 am
Transaction # 1048692

| CaseNumber   CA23-1180 |
|---|

**Judge   HOWARD M. MALTZ**

**GINA VERDEZA   *VS*   TESLA MOTORS INC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (320) PRODUCT LIABILITY | 400.00 | 0.00 | 0.00 | 400.00 | 20.00 | 380.00 |
| (C59) CA/DR SUMMONS | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| (C59) CA/DR SUMMONS | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| **Total** | **420.00** | **0.00** | **0.00** | **420.00** | **20.00** | **400.00** |
| **Grand Total** | **420.00** | **0.00** | **0.00** | **420.00** | **20.00** | **400.00** |

| PAYMENTS |
|---|

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| ACH - CIVIL | 7160399 | OK | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| | | | **20.00** | **0.00** | **0.00** | **0.00** | **20.00** |

Receipt

## RETURN OF SERVICE

| State of Florida | County of Saint Johns | Circuit Court |
|---|---|---|

Case Number: CA23-1180

Plaintiff:
**Gina Verdeza, Individually and as the Personal Representative of the Estate of Jonathan Carvajal, Deceased**

vs.

Defendant:
**Tesla Motors Inc. and Tesla Motors FL, Inc.**



LAB2023004413

For:
Steven E. Nauman
Morgan & Morgan, P.A.
20 North Orange Avenue
Suite 1600
Orlando, FL 32801

Received by Aallen Bryant & Associates, Inc. on the 4th day of April, 2023 at 11:41 am to be served on **Tesla Motors FL, Inc. c/o CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.**

I, Eric Deal, do hereby affirm that on the **5th day of April, 2023 at 3:00 pm, I:**

CORPORATE: Served the within named corporation/entity Tesla Motors FL, Inc. c/o CT Corporation System by delivering a true copy of the Summons and Complaint with Exhibits; Standing Case Management Plan/Order with the date and hour of service endorsed thereon by me to:  Jasmine Gary as employee of the Registered Agent (Company) for Tesla Motors FL, Inc. at 1200 South Pine Island Road, Plantation, FL 33324 and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am over the age of 18 and a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

_____

**Eric Deal**
SPS 336

**Aallen Bryant & Associates, Inc.**
**P.O. Box 3828**
**Orlando, FL 32802**
**(407) 872-0560**

Our Job Serial Number: LAB-2023004413
Ref: 13412177

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

Filing # 169883812 E-Filed 03/29/2023 10:30:50 AM

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR ST. JOHNS COUNTY, FLORIDA

GINA VERDEZA, Individually and as
the Personal Representative of the Estate of
Jonathan Carvajal, Deceased,

      Plaintiff,

v.

TESLA MOTORS, INC. and
TESLA MOTORS FL, INC.,

      Defendants.

Case No.: CA23-1180

Date: 4-5-23 Time: 3:00 PM

Eric Deal          S.P.S. 336

---

### SUMMONS

---

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in the above-styled cause upon the Defendant:

**TESLA MOTORS FL, INC.**
**CT Corporation System (Registered Agent)**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

      Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **Steven E. Nauman, Esq., Morgan & Morgan, P.A.**, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

**Filed for record 03/30/2023 09:08 AM Clerk of Court St. Johns County, FL**

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance.**

**To request such an accommodation, please contact Court Administration in advance of the date the service is needed:**

**Court Administration**
**101 N. Alabama Ave., Ste. B-206**
**DeLand, FL 32724**
**(386) 257-6096**

**Hearing or voice impaired, please call 711.**

WITNESS my hand and the seal of this Court on this the ___30___ day of ___March___ , 2023.

Brandon J. Patty
Clerk of the Circuit Court

By _____
As Deputy Clerk

2

## RETURN OF SERVICE

| State of Florida | County of Saint Johns | Circuit Court |
|---|---|---|

Case Number: CA23-1180

Plaintiff:
**Gina Verdeza, Individually and as the Personal Representative of the Estate of Jonathan Carvajal, Deceased**

vs.

Defendant:
**Tesla Motors Inc. and Tesla Motors FL, Inc.**

For:
Steven E. Nauman
Morgan & Morgan, P.A.
20 North Orange Avenue
Suite 1600
Orlando, FL 32801

Received by Aallen Bryant & Associates, Inc. on the 4th day of April, 2023 at 11:37 am to be served on **Tesla Motors, Inc. c/o CT Corporation System, 28 Liberty Street, New York, NY 10005.**

I, Gregory Naeder, do hereby affirm that on the **11th day of April, 2023** at **1:08 pm, I:**

**SERVED** the within named corporation/entity by delivering a true copy of the **Summons and Complaint with Exhibits; Standing Case Management Plan/Order** with the date and hour of service endorsed thereon by me to: **Mohamed Dansoko** as employee of the **Registered Agent (Company) for Tesla Motors, Inc. at 28 Liberty Street, New York, NY 10005** and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am of legal age, and have no interest in the above action.

_____

**Gregory Naeder**
**#2108828**

**Aallen Bryant & Associates, Inc.**
**P.O. Box 3828**
**Orlando, FL 32802-3828**
**(407) 872-0560**

Our Job Serial Number: LAB-2023004414
Ref: 13412177

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k



*Date: 4/11/2023*
*Time: 1:08pm*
*Initials: G.N*
*Lic#2108828*

# IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR ST. JOHNS COUNTY, FLORIDA

GINA VERDEZA, Individually and as
the Personal Representative of the Estate of
Jonathan Carvajal, Deceased,

             Case No.: CA23-1180

   Plaintiff,

v.

TESLA MOTORS, INC. and
TESLA MOTORS FL, INC.,

   Defendants.

---

## SUMMONS

---

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

   YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in the above-styled cause upon the Defendant:

**TESLA MOTORS, INC.**
**CT Corporation System (Registered Agent)**
**28 Liberty Street**
**New York, NY 10005**

   Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **Steven E. Nauman, Esq., Morgan & Morgan, P.A.**, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance.**

**To request such an accommodation, please contact Court Administration in advance of the date the service is needed:**

**Court Administration**
**101 N. Alabama Ave., Ste. B-206**
**DeLand, FL 32724**
**(386) 257-6096**

**Hearing or voice impaired, please call 711.**

WITNESS my hand and the seal of this Court on this the ___30___ day of ___March___, _2023_.

Brandon J. Patty
Clerk of the Circuit Court



By _____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez

pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

**MORGAN & MORGAN, P.A.**
**20 NORTH ORANGE AVENUE**
**SUITE 1600**
**ORLANDO, FLORIDA 32801**

4